IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RACHEL MILLER, VIRGINIA SIMONIN**, individually, and on behalf of others similarly situated,

    Plaintiffs,

  v.

**WINCO FOODS, LLC**,

    Defendant,

Case No. 3:19-cv-02094-AC

**ORDER**

**IMMERGUT, District Judge.**

On September 3, 2020, Magistrate Judge John Acosta issued his Findings and Recommendation (F&R), ECF 26. The F&R recommends that this Court deny Defendant Winco Foods, LLC's Motion to Dismiss, ECF 13. No party has filed objections.

## DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER

28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Acosta's conclusions. The F&R, ECF 26, is adopted in full. Defendant's Motion to Dismiss, ECF 13, is DENIED.

**IT IS SO ORDERED**.

DATED this 12th day of November, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER