**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

**Dan Nichols, OSB No. 101304**
dan@jurislawyer.com
Direct 503-334-0611

Of Attorneys for the Class

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VIRGINIA SIMONIN** individually and on behalf of others similarly situated<br><br>Plaintiff<br><br>vs<br><br>**WINCO FOODS, LLC**<br><br>Defendant | Case No. 3:19-cv-02094-AR<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT** – Page 1 of 3

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

The parties have reached material class action settlement terms at mediation with Oregon Senior Judge Henry Kantor, as follows, subject to Court approval.

The class consists of Portland WinCo customers who paid a surcharge that was omitted from the advertised price on or after November 25, 2018. To settle and release the claims of the class members, WinCo will fund a $3.6 million settlement. The parties anticipate that class members who timely submit verified claims will receive a payment of $200 each. Any unclaimed funds or uncashed checks will be donated to appropriate Oregon nonprofits that help Oregon consumers. Class counsel intends to seek Court approval for attorney fees and costs on a common fund basis, requesting no more than 30% of the settlement amount.

January 4, 2024

                                               RESPECTFULLY FILED,

                                               s/ Michael Fuller
                                               **Michael Fuller, OSB No. 09357**
                                               Lead Attorney for the Class
                                               OlsenDaines
                                               US Bancorp Tower
                                               111 SW 5th Ave., Suite 3150
                                               Portland, Oregon 97204
                                               michael@underdoglawyer.com
                                               Direct 503-222-2000

**NOTICE OF SETTLEMENT** – Page 2 of 3

## CERTIFICATE OF SERVICE

I caused this document to be served on all parties through the CM/ECF system.

January 4, 2024

                                          s/ Michael Fuller
                                          **Michael Fuller, OSB No. 09357**
                                          Lead Attorney for the Class
                                          OlsenDaines
                                          US Bancorp Tower
                                          111 SW 5th Ave., Suite 3150
                                          Portland, Oregon 97204
                                          michael@underdoglawyer.com
                                          Direct 503-222-2000