**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
819 SE Morrison St.
Suite 255
Portland, Oregon 97214
kellydonovanjones@gmail.com
Direct 503-847-4329

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VIRGINIA SIMONIN** individually, and on behalf of others similarly situated | Case No. 3:19-cv-02094-AR |
| Plaintiff | **DECLARATION OF VIRGINIA SIMONIN** |
| vs | |
| **WINCO FOODS, LLC** | |
| Defendant | |

**DECLARATION OF VIRGINIA SIMONIN**– Page 1 of 3

## DECLARATION

I, Virginia Simonin, declare the following under penalty of perjury:

1. I am the plaintiff and class representative in this action and make this declaration based on my personal knowledge and if called to testify to the following facts I could and would competently do so.

2. I submit this declaration in support of the Class Action Settlement Fee, Expense, and Service Award Application.

3. Since I became involved in this case in early 2020, I estimate that I have spent approximately 55-65 hours related to this litigation and proposed settlement, including reviewing documents, complying with written discovery obligations, consulting with my attorneys, and preparing for and being deposed.

4. I have dealt with health and other personal issues that has made the above-listed tasks more challenging than they would be for many.

5. I know the facts I am testifying about based on my personal knowledge. Under 28 U.S.C. § 1746, I declare under penalty of perjury that this declaration is true and correct.

April 25, 2024

*Virginia Simonin* (signature)
Virginia Simonin

CERTIFICATE OF SERVICE

    I caused this document to be served on all parties through the CM/ECF system.

April 26, 2024

                      s/ Kelly D. Jones
                      **Kelly D. Jones, OSB No. 074217**
                      Of Attorney for Plaintiff
                      Law Office of Kelly D. Jones
                      819 SE Morrison St.
                      Suite 255
                      Portland, Oregon 97214
                      kellydonovanjones@gmail.com
                      Direct 503-847-4329