UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| VIRGINIA SIMONIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC,<br><br>Defendant. | Case No. 3:19-cv-2094-AR<br><br>**GENERAL JUDGMENT OF DISMISSAL** |

**ARMISTEAD, Magistrate Judge**

Based on the Order Granting Final Approval of Class Action Settlement, Certification of Settlement Class, and Attorney Fees, Costs, and Service Award entered on 8/13/2024,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. All pending motions are terminated as moot.

DATED this 13th day of August, 2024.

_____
Honorable Jeff Armistead
United States Magistrate Judge